# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## INITIAL APPEARANCE, ARRAIGNMENT AND PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER STEVEN HEIL,<br><br>　　　　　　　　　Defendant. | **AMENDED COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.:　　　　20-CR-179 (ECT)<br>Date:　　　　　　September 22, 2020<br>Court Reporter:　Tim Willette<br>Courthouse:　　　St. Paul<br>Courtroom:　　　3B<br>Time in Court:　 1:00 p.m. – 1:42 p.m.<br>Total Time:　　　42 Minutes |

**APPEARANCES:**

　　For Plaintiff:　　　Andrew R. Winter, Assistant United States Attorney
　　For Defendant:　　Craig E. Cascarano, Cascarano Law Office
　　　　　　　　　　　☐ FPD, ☐ CJA, ☑ Retained, ☐ Appointed

Interpreter/Language:　　None / English

**PROCEEDINGS:**

☑ Initial Appearance.
☑ Arraignment on ☑ Information.
☑ Plea Hearing.
☑ Indictment waived.  See separate waiver.

☑ PLEA:
　　☑ Guilty as to Count 1 of the Information.
　　☑ Defendant admits allegations in the Information

☑ Presentence Investigation and Report requested.
☑ Released on a $25,000 Unsecured Bond with conditions.  See Order Setting Conditions on Release.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ R. Morton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy